IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00644-BNB

ABEL GEBRE LAEKE,

    Plaintiff,

v.

JOHN DeQUARDO, CMHIP,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

In an order filed on March 24, 2009, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Magistrate Judge Boland's March 24 order further provided that, in order to show cause, Plaintiff must submit a current certified copy of his inmate trust fund account statement. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On April 2, 2009, Plaintiff filed a letter to the Court in which he asks the Court to appoint an attorney to represent him in this action. Plaintiff also asks the Court in the letter filed on April 2 to waive the filing fee because he lacks sufficient funds to pay the filing fee.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff's allegation in the letter to the Court filed on April 2 that he lacks sufficient funds to pay the filing fee does not demonstrate good cause for his failure to pay the initial partial filing fee because he failed to submit a certified copy of his inmate trust fund account statement as directed. Therefore, the request to waive the filing fee will be denied and the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he has no assets and no means by which to pay the initial partial filing fee. It is

FURTHER ORDERED that Plaintiff's requests for appointment of counsel and to waive the filing fee, which he makes in a letter to the Court filed on April 2, 2009, are denied.

DATED at Denver, Colorado, this 14 day of _____May_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00644-BNB

Abel Laeke
Prisoner No. 85103
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/15/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk