IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00644-ZLW

ABEL GEBRE LAEKE,

        Plaintiff,

v.

JOHN DEQUARDO, CMHIP,

        Defendant.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

Plaintiff submitted a Notice of Appeal on February 23, 2010.  The court has determined that

the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
    ___  is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___  is not submitted
    ___  is missing affidavit
    _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___  is missing required financial information
    ___  is missing an original signature by the prisoner
    _X_  is not on proper form (must use the court's current form)
    ___  other_____

1

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  24th  day of   February  , 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2